BRIDGET REILLY, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

*Reilly* v. *Erie Railroad Co.*, 72 App. Div. 476, affirmed.
(Argued December 14, 1903; decided January 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 8, 1902, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Henry Bacon* and *Joseph Merritt* for appellant.

*Cornelius J. Earley* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J.; GRAY, BARTLETT, MARTIN and WERNER, JJ. Absent: HAIGHT, J. Not sitting: VANN, J.